1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  carey_gorden@fd.org

5  Attorneys for Mr. Uribe-Vasquez

6
7
8                         UNITED STATES DISTRICT COURT
9                        SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1114 |
| 12                Plaintiff, | ) | |
| 13 v. | ) | **PROOF OF SERVICE** |
| 14 **OMAR URIBE-VASQUEZ**, | ) | |
| 15                Defendant. | ) | |

16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best
18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this
19 day upon:

20       **ASSISTANT UNITED STATES ATTORNEY**
         efile.dkt.gc1@usdoj.gov,
21

22 Dated: April 22, 2008                          _s/ Carey D. Gorden_
                                                  **CAREY D. GORDEN**
23                                                Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
24                                                San Diego, CA 92101-5030
                                                  (619) 234-8467 (tel)
25                                                (619) 687-2666 (fax)
                                                  e-mail: carey_gorden@fd.org
26
27
28