FILED

MAY - 8 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      ) Criminal Case No. 08CR1467-LAB
                               )
              Plaintiff,       ) I N F O R M A T I O N
                               )
      v.                       ) Title 18, U.S.C., Sec. 1001 -
                               ) False Statement to a Federal
OMAR URIBE-VASQUEZ,            ) Officer
                               )
              Defendant.       )
_____)

The United States Attorney charges:

On or about December 3, 2004, within the Southern District of California, defendant OMAR URIBE-VASQUEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Aaron Vasquez-Olive, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: May 8, 2008.

                                   KAREN P. HEWITT
                                   United States Attorney

                                   /s/ Fara Stringley
                                   for W. MARK CONOVER
                                   Assistant U.S. Attorney

WMC:jam:San Diego