AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| OMAR URIBE-VASQUEZ | CASE NUMBER: 08CR1467-LAB |

I, __OMAR URIBE-VASQUEZ__, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5/8/08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _OMAR URIBE_
Defendant

_Cary Gox_
Counsel for Defendant

Before _Barbara L. Major_
JUDICIAL OFFICER

