1  KAREN P. HEWITT
   United States Attorney
2  CARLOS ARGUELLO
   Assistant U.S. Attorney
3  California State Bar No. 157162
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6252
   Facsimile: (619) 235-2757
6  Email: carlos.arguello2@usdoj.gov

7  Attorneys for Plaintiff
   United States of America
8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,     )  Criminal Case No. 08cr1467-H
                                 )
12              Plaintiff,       )
                                 )  NOTICE OF APPEARANCE
13       v.                      )
                                 )
14 OMAR URIBE-VASQUEZ,           )
                                 )
15              Defendant.       )
                                 )
16

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19     I certify that I am admitted to practice in this court or authorized to practice under CivLR

20 83.3.c.3-4.

21     The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24 activity in this case:

25     <u>Name</u> (If none, enter "None" below)

26     Carlos Arguello

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED:   June 17, 2008.

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          s/Carlos Arguello
          _____
          CARLOS ARGUELLO
          Assistant United States Attorney
          Attorneys for Plaintiff
          United States of America

U.S. v. Omar Uribe-Vasquez                2                                08cr1467

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1467-H |
| Plaintiff, | ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| OMAR URIBE-VASQUEZ, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

   I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of a NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1.  Carey Dawn Gorden

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on June 17, 2008.

                                           s/ Carlos Arguello
                                           CARLOS ARGUELLO