1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Uribe-Vasquez
7
8                    UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                        **(HONORABLE LARRY A. BURNS)**
11 UNITED STATES OF AMERICA,        )   Case No. 08cr1467-LAB
                                    )
12           Plaintiff,              )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 **OMAR URIBE-VASQUEZ,**           )
                                    )
15           Defendant.              )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned replacing Carey D. Gorden.
20                                           Respectfully submitted,
21 Dated: June 19, 2008                      *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*